UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NIOAKA DELANE THRELKELV HARRIS,<br><br>Defendant. | No. 2:15-PO-00229-JTR-1<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO DISMISS PRETRIAL DIVERSION |

**BEFORE THE COURT** is Defendant's unopposed motion to dismiss her pretrial diversion agreement. ECF No. 26.

In August 2015, Defendant was charged with driving-without-a-license, a Class B misdemeanor. In May 2016, the parties entered into a pretrial diversion agreement, ECF No. 16, and there are currently no outstanding obligations under the agreement. The Government does not oppose Defendant's motion for the dismissal of her diversion agreement.

Good cause appearing therefor, **IT IS HEREBY ORDERED** Defendant's motion to dismiss the pretrial diversion agreement, **ECF No. 26,** is **GRANTED.** This matter is **DISMISSED, WITHOUT PREJUDICE**, pursuant to the agreement of the parties.

ORDER . . . - 1

The Court makes no findings regarding the facts of the case or the merits of the underlying charge.

**IT IS SO ORDERED.**

DATED May 3, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE